**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | **Case No. 1:14-ml-2570-RLY-TAB**<br>**MDL No. 2570**<br><br>**Magistrate Judge TIM A. BAKER** |
| This Document Relates to Plaintiffs:<br><br>See Plaintiffs Listed in **Exhibit A** | |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
FEBRUARY 10, 2026 TELECONFERENCE**

The Court, having considered Plaintiffs' Unopposed Motion to Continue the status conference currently set for **February 10, 2026**, and noting that Defendant Cook Incorporated does not oppose the requested continuance, hereby grants the motion. [Filing No. 27760.]

IT IS THEREFORE ORDERED that the status conference scheduled for February 10, 2026, is **VACATED** and **RESET** for **February 23, 2026 at 4 p.m. Eastern Time**, before Magistrate Judge Tim A. Baker. Parties shall participate in this conference by counsel. The call-in instructions will be issued by separate order. The purpose of this conference is to discuss settlement.

Date: 2/10/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.